# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. <u>1:12-cv-04676</u> |
| v. | ) |
| JOHN DOES 1-50, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOES 26, 45, 46, 48,49 AND 50 ONLY</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 26, 45, 46, 48, 49 and 50 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 205.178.47.65, 64.233.211.155, 64.53.200.22, 69.47.21.0, 64.245.227.214 and 67.152.183.232, respectively. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 23, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*