# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Cook District of Illinois

Case Number: 1:12-CV-04676

Plaintiff:
**Malibu Media**
vs.
Defendants:
**John Does 1 - 50**

RECEIVED FEB 1 1 2013
BY: ---------------

For: Paul Nicoletti
Nicoletti & Associates, P.L.L.C.

Received by Thomas Court Services on the 17th day of January, 2013 at 2:14 pm to be served on ATT Internet Services c/o CT Corporation System (Chicago), 208 South LaSalle Street, Suite 814, Chicago, Cook County, IL 60604. I, __William G. Sheehan__, being duly sworn, depose and say that on the __6th__ day of __February__, __2013__ at __9:40__ a.m., executed service by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Order on Plaintiff's Amended Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

(X) **CORPORATE SERVICE:** By serving __Gina Lindle, Corporation Specialist w/ CT Corporation Systems__ as __Register Agents for AT&T Internet Services, Inc.__

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __6th__ day of __February__, __2013__ by the affiant who is personally known to me.

_Katherine J. Sheehan_
NOTARY PUBLIC

KATHERINE J. SHEEHAN
NOTARY PUBLIC
SEAL
STATE OF INDIANA
MY COMMISSION EXPIRES JAN. 24, 2021

William G. Sheehan
PROCESS SERVER # Illinois PI Lic # 115-000840
Appointed in accordance with State Statutes

Thomas Court Services
816 Patricia Street
Irving, TX 75060
(972) 790-2706

Our Job Serial Number: 2013000026

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g